FILED

05/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0224

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 23-0224

THOMAS C. WEINER, M.D.,

Plaintiff and Appellant

v.

ST. PETER'S HEALTH, a Montana
Domestic Nonprofit Corporation,
d/b/a St. Peter's Hospital

Defendant and Appellee.

On Appeal from Montana First Judicial District Court, Lewis & Clark County
Cause No. CDV 2022-501, Hon. Kathy Seeley, District Court Judge

**GRANT OF UNOPPOSED EXTENSION OF TIME**

Pursuant to the authority granted under Rule 26, M.R.App.P., Appellant's

Unopposed Motion for Extension of Time is granted. Appellant may file and serve

his opening brief in this matter on or before Wednesday, June 14, 2023.

DATED this _____day of May, 2023

_____
Clerk of Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 10 2023